IN THE

## SUPREME COURT OF JUDICATURE

OF THE

## STATE OF INDIANA,

AT INDIANAPOLIS, NOVEMBER TERM, 1839, IN THE TWENTY-
FOURTH YEAR OF THE STATE.

---

THE BROOKVILLE INSURANCE COMPANY *v.* RECORDS.

The record showed that the plaintiffs, a corporation, appeared by attorney.
*Held*, that the appearance was sufficient.

If a statute of a private nature contain a clause declaring it a public act, it
will be noticed by the Courts as a public act.

*Monday,*     APPEAL from the *Fayette* Circuit Court.
*November* 18.

SULLIVAN, J.—This suit was commenced by the plaintiffs
as assignees of one *Brown* against the defendant, before a
justice of the peace. A promissory note for fifty dollars,
payable to *Brown* and assigned to the plaintiffs, was filed as
the cause of action. The justice dismissed the suit for want
of a sufficient cause of action. The plaintiffs appealed.
The Circuit Court also, on motion of the defendant, dismissed
the suit at the costs of the plaintiffs; from which judgment
they have appealed to this Court.

It is contended that the judgment of the Circuit Court is
right, because the plaintiffs, being a corporation, can only
appear by attorney specially appointed; and, 2ndly, that the
cause of action should have recited so much of the act incor-
porating *The Brookville Insurance Company*, as to show to the

Court that the plaintiffs are authorized to take the assignment of notes, and sue on them in their corporate name.

The record shows that the parties appeared in the Circuit Court by their attorneys; and that, according to the decision of this Court in the case of *The State Bank of Indiana* v. *Bell, May* term, 1839, is sufficient (1).

The second point is equally untenable.   The act incorporating *The Brookville Insurance Company* is, by a clause in the 17th section, declared to be a public act.   Where a statute of a private nature is declared to be a public act, its contents need not be pleaded nor shown to the Court; but the Courts will take notice of them, as they do of other public statutes. Bac. Abr. tit. statute, letter (F).

*Per Curiam.*—The judgment is reversed with costs.   Cause remanded, &c.

*G. Holland,* for the appellants.
*C. B. Smith* and *S. W. Parker,* for the appellee.

(1) Ante, p. 127.